IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:23-cv-00661-RMR-KAS

BENNETTA GREEN, individually and on behalf
of all others similarly situated,

    Plaintiff,

v.

PILGRIM'S PRIDE CORPORATION,

    Defendant.
_____

**JOINT STATUS REPORT AND STIPULATED MOTION FOR LEAVE
TO FILE A PROPOSED AMENDED SCHEDULING ORDER**
_____

    Plaintiff Bennetta Green ("Plaintiff") and Defendant Pilgrim's Pride Corporation ("Defendant") (together, the "Parties"), through their respective counsel, submit this Joint Status Report and Stipulated Motion for Leave to File a Proposed Amended Scheduling Order ("Stipulated Motion for Leave") and in support state as follows:

    1.    This case is a proposed collective action under the Fair Labor Standards Act ("FLSA") seeking alleged unpaid overtime wages. Plaintiff filed an Original Collective Action Complaint on behalf of herself and all others similarly situated on March 14, 2023 (ECF # 1). After Plaintiff amended the initial pleading, Defendant filed an Answer to First Amended Collective Action Complaint on May 16, 2023 (ECF #23).

    2.    On July 5, 2023, the Court entered a Scheduling Order (ECF #36). In pertinent part, the Scheduling Order bifurcated discovery:

      a.    "Phase I" included "discovery relating to conditional certification of the collective action" ending on December 5, 2023. *Id.* at ¶ 8. Following Phase I, the deadline for Plaintiff to file a motion for conditional certification of the proposed collective action was set for January 24, 2024. *Id.* at ¶ 9(c).

      b.    The Court directed that "[i]f a collective action is conditionally certified, the Court shall convene a status conference to address Phase II discovery." *Id.* at ¶ 9(b). "Phase II" discovery would relate to "the merits of Plaintiff's and opt-in plaintiffs' claims and whether decertification is warranted." *Id.* at ¶ 8.

3.    The Parties have completed Phase I discovery pursuant to the Court's Scheduling Order. The Parties worked in good faith in discovery, despite their objections, to narrow the scope of legal and factual issues involved. As described below, the Parties request the Court's approval of their plan for transitioning to Phase II discovery without briefing.

4.    The Parties have stipulated to conditional certification of a collective action under 29 U.S.C. § 216(b). They signed a Joint Stipulation Regarding Conditional Certification ("Joint Stipulation"), which is attached hereto as <u>Exhibit A</u>, intended to serve as an agreed-to process for Court-approved conditional certification without briefing a disputed motion. As set forth therein, the Joint Stipulation is also intended to form the basis of a Proposed Amended Scheduling Order (to be approved by the Court) governing Phase II discovery.

5.    Given the Joint Stipulation, and Plaintiff's eventual request for the Court to formally approve conditional certification of the collective action, the Parties respectfully

request leave to file a Proposed Amended Scheduling Order within sixty (60) days of the Court granting this Stipulated Motion for Leave, which will allow them time to submit a more detailed case management plan.

6. Among the topics to be addressed, the Proposed Amended Scheduling Order to be approved by the Court shall:

    a. Set the deadline for Plaintiff to file an unopposed or stipulated motion for conditional certification;

    b. Set the deadline for the Parties to submit a proposed notice and opt-in form to be sent to members of the conditionally certified collective action advising them that they must submit the opt-in form to participate in the litigation;

    c. Govern Phase II discovery, other scheduling matters, and matters that were deferred until the completion of Phase I discovery;

    d. Set the deadline for any dispositive motions and for Defendant to file a motion to decertify the collective action; and

    e. Request a hearing on the Proposed Amended Scheduling Order.

7. The Parties have conferred at length about the above procedures and believe it will facilitate a just and fair process consistent with the Court's earlier Scheduling Order and the FLSA's collective action procedures.

8. Therefore, the Parties respectfully request the Court to permit the Parties to file a Proposed Amended Scheduling Order within sixty (60) days following the Court granting this Stipulated Motion for Leave.

9. A Proposed Order granting this Stipulated Motion for Leave is attached.

Dated: January 24, 2024

s/ *Ricardo J. Prieto*
Ricardo J. Prieto
Melinda Arbuckle
Wage and Hour Firm LLP
400 North Saint Paul Street, Suite 700
Dallas, TX 77046
Telephone: (979) 220-2824
rprieto@wageandhourfirm.com
marbuckle@wageandhourfirm.com

s/ *Armando Aguirre Ortiz*
Armando Aguirre Ortiz
Joseph Anthony Fitapelli
Fitapelli & Schaffer LLP
28 Liberty Street, 30th Floor
New York, NY 10005
Telephone: (212) 481-1333
aortiz@fslawfirm.com
jfitapelli@fslawfirm.com

*Attorneys for Plaintiff Bennetta Green and all others similarly situated*

s/ *Joseph H. Hunt*
Joseph H. Hunt
Jonathon M. Watson
Matthew M. Morrison
Carly Sirota
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO 80203
(303) 839-3800
jhunt@spencerfane.com
jmwatson@spencerfane.com
mmorrison@spencerfane.com
csirota@spencerfane.com

*Attorneys for Defendant Pilgrim's Pride Corporation*

4

5

## **CERTIFICATE OF SERVICE**

I certify that on January 24, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/ Joseph H. Hunt*

DE 8480300.1